Todd E. Kennedy, Bar No. 6014
tkennedy@lionelsawyer.com
Nevada Bar No. 10612
Kevin Hejmanowski, Bar No. 10612
LIONEL SAWYER & COLLINS
300 South Fourth Street, 17th Floor
Las Vegas, Nevada 89101
Telephone: (702) 383 8888
Fax: (702) 383-8845

Attorneys for Plaintiff RES-NV APC, LLC,
a Florida limited liability company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV APC, LLC; a Florida limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>ASTORIA PEARL CREEK, LLC; a Nevada limited liability company; CRISTEN J. MCCORMICK; as an individual and as a Trustee of THE T&C MCCORMICK FAMILY TRUST; THOMAS H. MCCORMICK IV; as an individual and as Trustee of THE T&C MCCORMICK FAMILY TRUST; MONUMENT CAPITAL, INC.; a Nevada limited liability company;<br><br>Defendants. | CASE NO. 2:11-CV-0381 LDG-RJJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO ALTER AND AMEND DISMISSAL ORDER** |

The Court having reviewed Plaintiff's Motion To Strike Plaintiff's Motion For Reconsideration And To Alter And Amend Dismissal Order regarding an erroneous filing which occurred on December 2, 2011, at 2:20 p.m., as (Dkt. 34) which was filed in draft form, and good cause appearing therefore;

/ / /

/ / /

/ / /

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

IT IS HEREBY ORDERED that Plaintiff's Motion To Strike Plaintiff's Motion For Reconsideration And To Alter And Amend Dismissal Order filed on December 2, 2011, at 2:20 p.m., as (Dkt. 34) is GRANTED and the filing is stricken from the record.

DATED this ____ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LIONEL SAWYER & COLLINS

_____
Todd E. Kennedy, Bar No. 6014
tkennedy@lionelsawyer.com
Nevada Bar No. 10612
Kevin Hejmanowski, Bar No. 10612
LIONEL SAWYER & COLLINS
300 South Fourth Street, 17th Floor
Las Vegas, Nevada 89101
Telephone: (702) 383 8888
Fax: (702) 383-8845

   Attorneys for Plaintiff RES-NV APC, LLC,
   a Florida limited liability company

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2