# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RES-NV APC, LLC,

    Plaintiff,                         Case No. 2:11-cv-00381-LDG (RJJ)

v.                                     **ORDER**

ASTORIA PEARL CREEK, LLC, *et al.*,

    Defendants.

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion for Reconsideration and to Alter and Amend Dismissal Order (#36) is DENIED.

DATED this  16  day of February, 2012.

_____
Lloyd D. George
United States District Judge